IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVIOUS DENARD MOORE,
Inmate No. W30971,
    Plaintiff,

vs.                                       Case No.: 3:18cv1608/LAC/EMT

NEAL MICHAEL, et al.,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 21, 2018 (ECF No. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This cause is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(i) as

frivolous.

     3.    All pending motions are denied as moot.

**DONE AND ORDERED** this 19th day of September, 2018.

       *s/L.A. Collier*
       **LACEY A. COLLIER**
       **SENIOR UNITED STATES DISTRICT JUDGE**